UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| SUSAN OLDING, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, ) | |
| ) | |
| DEFENDANT ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Life Insurance Company of North America ("LINA"), by counsel, hereby files this Notice of Removal to the United States District Court for the Eastern District of Kentucky, at Lexington, and states as follows:

1. On or about October 22, 2018 the Complaint in Case No. 18-CI-00679 was filed in Scott Circuit Court by Plaintiff against LINA. The Summons, along with the Complaint, were served on LINA by certified mail and received on or about January 8, 2019. A copy of the Summons and Complaint is attached hereto as Exhibit A and constitutes all process, pleadings and orders served upon LINA to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt by LINA of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

3. This action is of a civil nature arising from Plaintiff's claim to be entitled to the payment of benefits pursuant to an employee welfare benefit plan, specifically a long-term disability plan established by Plaintiff's employer and funded by a long-term disability insurance

policy issued by LINA.  Plaintiff also seeks a judgment awarding her an amount equal to allegedly past due long-term disability benefits and interest, declaring that she is entitled to future long-term disability benefits, and awarding her costs and attorney's fees.

### **FEDERAL QUESTION JURISDICTION**

4. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq*.  In the Complaint, Plaintiff explicitly seeks benefits provided under group insurance policy LK0960585, which insures long-term disability benefits under an employee benefit plan established and maintained by her employer, Cardinal Hill Hospital (Cmplt., ¶ 6).

5. The employee benefit plan established and maintained by Cardinal Hill Hospital, and any claim for benefits thereunder, are subject to ERISA (Cmplt., ¶¶ 18, 23, 24).

6. It is undisputed that this action is governed by ERISA and that this Court, therefore, has original federal subject matter jurisdiction over it. In her Complaint, Plaintiff expressly alleges that LINA's decision to deny her claim for long-term  disability benefits violates ERISA (Cmplt., ¶¶ 23, 24), and she avers a claim for relief which she expressly bases on ERISA's remedy provision, 29 U.S.C. § 1132(a)(1)(B) and (g). (Cmplt., ¶¶ 23, 24).

7. For the foregoing reasons, Plaintiff's action is removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States.

WHEREFORE, Defendant, Life Insurance Company of North America, hereby gives notice of this removal from the Scott Circuit Court to the United States District Court for the Eastern District of Kentucky, at Lexington.

Respectfully submitted,

/s/David A. Calhoun
David A. Calhoun
Mitzi D. Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
*Counsel for Defendant, Life Insurance Company of North America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 28th day of January, 2019 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System. The undersigned further certifies a copy of same was served this 28th day of January, 2019 upon:

Robert L. Abell
120 North Upper Street
Lexington, KY 40507
robert@robertabellLaw.com
*Counsel for Plaintiff, Susan Olding*

/s/David A. Calhoun
*One of Counsel for Defendant, Life Insurance Company of North America*

61802228.1

3