UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

**FILED ELECTRONICALLY**

| | |
|---|---|
| SUSAN OLDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:19-cv-00024-KKC |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

The undersigned, counsel for Defendant Life Insurance Company of North America, hereby notifies the Court the parties have reached an agreement to settle all claims asserted in this case, and that they anticipate closing on their agreement within the next ten days. The parties expect that they will file an agreed order of dismissal no later than 20 days from today, and therefore jointly request that all deadlines under the Court's scheduling Orders be vacated.

/s/David A. Calhoun
David A. Calhoun
Mitzi Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, suite 2800
Louisville, Kentucky  40202-2898
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
***Counsel for Defendant, Life Insurance Company of North America***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 20th day of March, 2019 the foregoing Notice of Settlement was filed with the clerk using the Court's CM/ECF System. The undersigned further certifies a copy of same was served via the CM/ECF System upon:

Robert L. Abell
120 North Upper Street
Lexington, KY 40507
robert@robertabellLaw.com
*Counsel for Plaintiff, Susan Olding*

/s/David A. Calhoun
*One of Counsel for Defendant, Life Insurance Company of North America*